AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jacob Deutsch | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2018 to August 2018__ in the county of __Hartford__ in the _____ District of __Connecticut__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire and Mail Fraud |
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1341 | Mail Fraud |
| 18 U.S.C. § 1014 | False Statements |

This criminal complaint is based on these facts:

See attached Affidavit of Postal Inspector Martin Vega, Jr., which is incorporated by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Postal Inspector Martin Vega, Jr.
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: May 18, 2021

*Judge's signature*

City and state: New Haven, CT     Hon. Robert M. Spector, U.S. Magistrate Judge
*Printed name and title*